# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 11-2084
(1:10-cv-00173-MR-DCK)

_____

RES-NC SETTLERS EDGE LLC, a Florida limited liability company

        Plaintiff – Appellant

v.

SETTLERS EDGE HOLDING COMPANY LLC, a North Carolina limited liability company; MOUNTAIN AIR DEVELOPMENT CORPORATION, a North Carolina corporation; VIRGINIA M. BANKS, an individual; WILLIAM R. BANKS, an individual; JEANI H. BANKS, an individual; MICHAEL R. WATSON, an individual; SHEREE B. WATSON, an individual; MORRIS ATKINS, in his capacity as Trustee of William A. Banks Revocable Trust, as amended and restated; MORRIS ATKINS, in his capacity as Trustee of William Banks Family Irrevocable Trust Number 1; MORRIS ATKINS, in his capacity as Trustee of William Banks Family Irrevocable Trust Number 2

        Defendants – Appellees

_____

## MOTION TO DISMISS
_____

The undersigned hereby moves that the above appeal be dismissed upon such terms as have been agreed to by the parties.  Fed. R. App. P. 42(b). Undersigned counsel represents to the Court that all appellate counsel of record consent to this dismissal.

-1-

/s/ Raboteau Terrell Wilder, Jr,
Raboteau Terrell Wilder, Jr. (N.C. State Bar #5891)
Counsel for Appellant
Womble Carlyle Sandridge & Rice, LLP
301 S. College Street, Suite 3500
Charlotte, NC 28202
(704) 331-4932 – Office
(704) 338-7855 – Fax
rwilder@wcsr.com

-3-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 31, 2012 a copy of the foregoing

Motion to Dismiss was served on all parties or their counsel of record through the

CM/ECF system, if they are registered users or, it they are not, by service of a true

and correct copy at the address listed below:


Date:    December 31, 2012                    /s/Raboteau T. Wilder, Jr.
                                              Raboteau T. Wilder, Jr.